JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PANDURO, on behalf of himself and on behalf of a Class of all other persons similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>ABC PHONES OF NORTH CAROLINA, INC., dba VICTRA, a North Carolina Corporation; VERIZON, an unknown entity; and DOES 1 through 100, inclusive,<br><br>    Defendants. | **Case No.: 8:20-cv-00742-JLS-JDE**<br><br>**Assigned For All Purposes To:**<br>**Hon. Josephine L. Staton**<br>**Dept.: 10-A**<br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER GRANTING LEAVE TO DISMISS PLAINTIFFS' CLAIMS 1-10 AND REMAND THE ACTION**<br><br>Complaint Filed: March 4, 2020<br>Removed: April 15, 2020<br>FAC Filed: June 30, 2021 |

**ORDER**

The Court has reviewed the parties' Joint Stipulation and deems it a request to dismiss claims 1-10 (Claim 1-10) without prejudice and for an order remanding the case to state court. The Court approves the relief requested. The Court remands this action to state court.

Accordingly, it is

ORDERED, ADJUDGED, and DECREED:

1. Claims 1-10 of Plaintiff's First Amended Complaint are dismissed without prejudice to the right of Plaintiff to assert such claims at a later date;

2. This action is REMANDED to the Superior Court for Orange County, Civil Complex Center, 751 W Santa Ana Blvd, Santa Ana, CA 92701, OCSC Case No. 30-2020-01136373-CU-OE-CXC.

3. Each of the Parties shall bear his/her/its own attorneys' fees and costs with respect to the removal and subsequent remand of the instant action.

**IT IS SO ORDERED.**

Dated: May 21, 2021

                                            Hon. Josephine L. Staton
                                            United States District Judge